Shane A. MacIntyre
Alex J. Ames
BROWN LAW FIRM, P.C.
269 W. Front Street, Suite A
Missoula, MT 59802
Tel (406) 830-3248
Fax (406) 830-3745
smacintyre@brownfirm.com
aames@brownfirm.com

*Attorneys for Defendant Whitefish Investment Group, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY and TRUCK INSURANCE EXCHANGE,<br><br>Plaintiffs,<br><br>v.<br><br>WHITEFISH INVESTMENT GROUP, LP,<br><br>Defendant. | Cause No. _____<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 and 1446** |

TO: THE HONORABLE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION:

Defendant Whitefish Investment Group, LP, through counsel, hereby gives notice to the above-entitled Court for removal of this cause of action from the Montana Eleventh Judicial District, Flathead County, Cause No. DV-15-24-963-

1

DK, to the above-entitled United States District Court, Missoula Division, pursuant to 28 U.S.C. §§ 1441 and 1446, and for its grounds for removal allege as follows:

1. That the action is a civil action seeking a declaratory judgment by filing a Complaint for Declaratory Relief ("Complaint") in the Montana Eleventh Judicial District Court, Flathead County; that at all times involved, Plaintiff Mid-Century Insurance Company is organized under the laws of California with its principal place of business located in Woodland Hills, California; Plaintiff Truck Insurance Exchange is a California reciprocal insurance exchange that does business within the state of California; Defendant Whitefish Investment Group, LP is a citizen of the state of Idaho because its partners Bryan Brazil and Michele Brazil are citizens of the state of Idaho.

2. From the content of the Complaint, it reasonably appears that the matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-five Thousand Dollars ($75,000.00) and is a suit respectively between corporations organized and existing under and by virtue of the laws of the State of California whose principal places of business are not in the State of Montana, as Plaintiffs, and citizens of the State of Idaho. The above-entitled Court has jurisdiction of this case under, and by virtue of, the provisions of 28 U.S.C. § 1332. The amount in controversy, exclusive of costs and fees, exceeds the sum of $75,000.00.

3. That on or about August 8, 2024, Shane A. MacIntyre, on behalf of Whitefish Investment Group, LP executed an Acknowledgment and Waiver of Service of the Summons and Complaint ("Waiver"). A copy of the Waiver, Summons and Complaint for Declaratory Relief ("Complaint") (without attachments) are attached hereto as Exhibit A.

4. That this Notice is filed within 30 days after Defendant Whitefish Investment Group, LP acknowledged receipt of the Summons and Complaint.

5. That Defendant will, upon filing this Notice of Removal, forthwith give written notice thereof to the above-named Plaintiffs and file with the Montana Eleventh Judicial District Court, Flathead County, the Notice of its filing pursuant to L.R. 3.3(a) and request for transfer pursuant to Mont. R. Civ. P. 77(e), by which acts the above-entitled cause is removed from such State District Court to the above-captioned United States District Court.

DATED this 29th day of August, 2024.

                    BROWN LAW FIRM, P.C.

                    By: /s/ Shane A. MacIntyre
                          Shane A. MacIntyre
                          Alex J. Ames
                          *Attorneys for Defendant*
                          *Whitefish Investment Group, LP*